IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Eugene Jerome Cunningham, | ) Civil Action No. 9:16-1292-RMG |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Jeffrey B. Sessions, III, U.S. Attorney General; Thomas R. Kane, Acting Director, Bureau of Prisons; Dr. Deborah G. Schult, Assistant Director for Health Service Federal Bureau of Prisons; Dr. J. Onuoha, Clinical Director, FCI Bennettsville; P.A. Hanson, Health Care Provider; Travis Bragg, Warden, FCI Bennettsville; Helen J. Marberry, Regional Director, Southeast Region, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

The undersigned counsel hereby notify the Court that the parties have reached a settlement in principle of the above-captioned case. Thus, the parties jointly request that the Court enter a Rubin Order to allow the parties time to consummate the settlement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/Patrick C. Wooten*
Patrick C. Wooten
Federal Bar No. 10399
E-Mail: patrick.wooten@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, South Carolina 29401-2239
Telephone: (843) 853-5200
*Attorneys for Plaintiff*

                    BETH DRAKE
                    UNITED STATES ATTORNEY


                    By: *s/Barbara M. Bowens*
                    Barbara M. Bowens (#4004)
                    Assistant United States Attorney
                    1441 Main Street, Suite 500
                    Columbia, South Carolina 29201
                    Phone:  (803) 929-3000
                    Email:   Barbara.Bowens@usdoj.gov
                    *Attorney for the Defendants*

September 18, 2017